JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC - 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHIRLEY L. WILLIAMS; LISA CHEADLE; ROSLIN DEAR; WESLEY ROYSTER; LINDA HOGAN aka LINDA WARD<br><br>Plaintiff<br><br>vs.<br><br>OCWEN FINANCIAL, a Delaware corporation; OCWEN LOAN SERVICING LLC, a Delaware Entity; SAXON MORTGAGE SERVICES, INC. a Texas corporation; US BANK NATIONAL ASSOCIATION, an Ohio corporation; U.S. BANK, as trustee for the registered holder of Asset Backed Securities Corporation Home Equity Loan Trust 2004-HE7 Asset Backed Pass-Through Certificates Series 2004-HE7; REGIONAL TRUSTEE | Case No.: 2:10-cv-01801-AHM-RC<br><br>HON.: A. Howard Matz<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO THE STIPULATION BY THE PARTIES** |

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
1

| | |
|---|---|
| 1 | SERVICES CORPORATION, a ) |
| 2 | Washington corporation; and DOES 1 ) through 10, Inclusive. ) |
| 3 | ) |
| 4 | Defendants. ) ) |
| 5 | ) ) |
| 6 | ) |

Plaintiffs SHIRLEY L. WILLIAMS, LISA CHEADLE, ROSLIN DEAR, WESLEY ROYSTER, and LINDA HOGAN aka LINDA WARD, and Defendants OCWEN FINANCIAL, OCWEN LOAN SERVICING, LLC, OCWEN FINANCIAL SOLUTIONS PRIVATE LIMITED, U.S. BANK NATIONAL ASSOCIATION, and U.S. BANK, AS TRUSTEE FOR THE REGISTERED HOLDER OF ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST 2004-HE7 ASSET BACKED PASS-THROUGH CERTIFICATES SERIES 2004-HE7 (collectively the "Parties"), have jointly stipulated to dismiss this action with prejudice.

///

///

///

///

///

///

The Court, having considered the Stipulation Dismissing the Action with Prejudice, its own file, and with good cause showing, orders as follows:

1. Pursuant to F.R.C.P. 41, the Action is voluntarily DISMISSED with prejudice pursuant to the stipulation filed by the Parties.

2. Each party is to bear its own fees and costs incurred in litigating this matter.

**IT IS SO ORDERED.**

Dated: December 3, 2010

_____
HON. A. HOWARD MATZ
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA